UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 13-44976
JUAN G. YEPEZ, and )
VERONICA YEPEZ )
) Chapter: 13
) Honorable Carol Doyle
)
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2015), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, to Modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2015) is hereby modified to permit SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, to take possession of, sell and foreclose its security interest in the 2013 Dodge Grand Caravan motor vehicle bearing a Vehicle Identification Number ("VIN") of 2C4RDGBG1DR809078, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 28, 2015

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)