UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>Juan G Yepez, and<br>Veronica Yepez<br>　　　　　Debtors | Chapter 13<br>Case No. 13-44976<br><br>Honorable Judge Carol A. Doyle |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states her appearance on the within captioned matter on behalf of McCormick 103, LLC and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to her at the following address:

Noonan & Lieberman Ltd.
105 West Adams, Suite 1800
Chicago, Illinois 60603

By: /s/Rocio Herrera
Attorney number 6303516
Noonan & Lieberman Ltd.
105 West Adams, Suite 1800
Chicago, Illinois 60603
(312) 431-1455

Dated: December 7, 2017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:

Juan G Yepez,
        Debtor

Chapter 13
Case No.  13-44976

Honorable Judge Carol A. Doyle

CERTIFICATE OF MAILING

TO:

    Juan G Yepez, 10648 S Ave B, Chicago, IL 60617, *Debtor, Via regular mail*
    *Veronica Yepez,* 10648 S Ave B, Chicago, IL 60617, *Debtor, Via regular mail*
    Alfredo J Garcia, *105 W. Madison, 23rd Floor. Chicago, IL 60602, Debtor's attorney, Via electronic mail through ECF*
    Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, *Via electronic mail through ECF*
    Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873
    Office of the U.S. Trustee, *U.S. Trustee, Via electronic mail through ECF*

    I, Rocio Herrera, certify that I served a copy of this appearance to the addresses above by electronic notice through ECF or by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the mailbox located at 105 W. Adams Street, Chicago, Illinois 60603, this 7th day of December, 2017.

    /s/Rocio Herrera
    Attorney number 6303516
    NOONAN & LIEBERMAN, LTD.
    105 W. Adams, Suite 1800
    Chicago, Illinois 60603
    (312)431-1455
    N&L# 1889-234