# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § <br> §  <br> JUAN G YEPEZ § <br> aka Juan Gabriel Yepez § <br> VERONICA YEPEZ § <br> DEBTORS | CASE NO. 13-44976 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC as servicing agent for Terwin Advisors LLC** | **Specialized Loan Servicing LLC as servicing agent for Waterfall Victoria Grantor Trust II, Series G** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9736**

Court Claim # (if known): 13-1
Amount of Claim: $153,696.20
Date Claim Filed: 04/15/2014

Phone: (800) 315-4757
Last Four Digits of Acct.#: 9736

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9736**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty          Date: 05/01/2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4125-N-3493

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 1, 2018       via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Juan G Yepez
10648 S Ave B
Chicago, IL 60617

**Co-Debtor**     *Via U.S. Mail*
Veronica Yepez
10648 S Ave B
Chicago, IL 60617

**Debtors' Attorney**
Alfredo J Garcia
Ledford, Wu & Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

Respectfully Submitted,

/s/ John J. Rafferty
John J. Rafferty