**NTCASCLM**

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Juan G Yepez
10648 S Ave B
Chicago, IL 60617
SSN: xxx–xx–9602 EIN: N.A.
aka Juan Gabriel Yepez

Veronica Yepez
10648 S Ave B
Chicago, IL 60617
SSN: xxx–xx–6777 EIN: N.A.

Case No. : 13–44976
Chapter : 13
Judge : Carol A. Doyle

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Specialized Loan Servicing LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Terwin Advisors LLC of your claim in the above matter, designated Claim No. 13 in the amount of $153696.20. If no objections are filed by you on or before May 29, 2018 the Court shall substitute Terwin Advisors LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: May 8, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court