# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Juan G Yepez
10648 S Ave B
Chicago, IL 60617
SSN: xxx−xx−9602 EIN: N.A.
aka Juan Gabriel Yepez

Veronica Yepez
10648 S Ave B
Chicago, IL 60617
SSN: xxx−xx−6777 EIN: N.A.

Case No. : 13−44976
Chapter : 13
Judge : Carol A. Doyle

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Specialized Loan Servicing LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Terwin Advisors LLC of your claim in the above matter, designated Claim No. 13 in the amount of $153696.20. If no objections are filed by you on or before May 29, 2018 the Court shall substitute Terwin Advisors LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: May 8, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-44976-CAD
Juan G Yepez                                                            Chapter 13
Veronica Yepez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 1            Date Rcvd: May 08, 2018
                              Form ID: ntcasclm         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db/jdb         +Juan G Yepez,    Veronica Yepez,    10648 S Ave B,    Chicago, IL 60617-6300
24045813       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Alfredo J Garcia    on behalf of Debtor 1 Juan G Yepez notice@billbusters.com,
               billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
              Alfredo J Garcia    on behalf of Debtor 2 Veronica  Yepez notice@billbusters.com,
               billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
              Cari A Kauffman    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ckauffman@sormanfrankel.com,    dfrankel@sormanfrankel.com
              John K Gerrity    on behalf of Creditor    Royal Savings Bank jgerrity@chuhak.com,
               dgeorge@chuhak.com
              Justin M. Newman    on behalf of Creditor    ColFin Bulls A Finance Sub, LLC
               jmnewman@thompsoncoburn.com
              Lauren  Newman    on behalf of Creditor    ColFin Bulls A Finance Sub, LLC
               lnewman@thompsoncoburn.com,
               chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
              Lia  Kasios    on behalf of Debtor 1 Juan G Yepez notice@billbusters.com
              Lia  Kasios    on behalf of Debtor 2 Veronica  Yepez notice@billbusters.com
              Orlando  Velazquez    on behalf of Debtor 2 Veronica  Yepez orlando@velazquezconsumerlaw.com,
               velazquezor69260@notify.bestcase.com
              Orlando  Velazquez    on behalf of Debtor 1 Juan G Yepez orlando@velazquezconsumerlaw.com,
               velazquezor69260@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    McCormick 103, LLC rherrera@noonanandlieberman.com,
               rherre6@gmail.com
              Tom Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 13