## Your Property Tax Overview

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **26-06-202-019-0000**    BEGIN A NEW SEARCH



**Property Location:**
8710 S COMMERCIAL AVE
CHICAGO, IL 60617-3220

**Mailing Information:**
RAFAEL GARCIA
8712 S COMMERCIAL
CHICAGO, IL 60617-3220

Update Your Information

### Are Your Taxes Paid?

**Tax Year 2017 (billed in 2018)**    Total Amount Billed: $3,522.09

| 1st INSTALLMENT | | 2nd INSTALLMENT | |
|---|---|---|---|
| Original Billed Amount: | $1,810.06 | Original Billed Amount: | $1,712.03 |
| Due Date: 03/01/2018 | | Due Date: 08/01/2018 | |
| Tax: | $1,810.06 | Tax: | $1,712.03 |
| Interest: | $135.75 | Interest: | $0.00 |
| Last Payment Received: | $0.00 | Last Payment Received: | $0.00 |
| Date Received: | | Date Received: | |
| Current Amount Due: | $1,945.81 | Current Amount Due: | $1,712.03 |

**Total Amount Due:**    **$3,657.84**

[ Pay Now ]

Exhibit E

*The balance due, including any interest, is as of Wednesday, August 1, 2018.*

*Payments are posted through Tuesday, July 31, 2018.*

*To find out if taxes for this PIN are delinquent for Tax Year 2016 and earlier, search the Cook County Clerk's records.*

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to submit a payment in person or by mail.

 **Tax Year 2017 Second Installment**  Due Wednesday, August 1, 2018

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future installment tax bills via email.

## Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

## Have You Received Your Exemptions in These Tax Years?

| Type | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| **Homeowner Exemption:** | NO | NO | NO | NO |
| **Senior Citizen Exemption:** | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO |

**Apply for an exemption at the Cook County Assessor's website.**

You may also view lists of properties possibly missing senior exemptions for Tax Year 2017.

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.