UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-44976 |
| Juan G. Yepez, and | ) | |
| Veronica Yepez | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from the Automatic Stay filed by McCormick 103, LLC, the Court having jurisdiction over the parties and the subject matter, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED

A. That the Automatic Stay against McCormick 103, LLC, is modified pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code so as not to restrain the same from pursuing nonbankruptcy remedies, such as foreclose, eviction or any other state court remedies available, with respect to the real estate located at: 8710 S. Commercial Avenue, Chicago IL 60617, 8712 S. Commercial Avenue, Chicago, IL 60617 and 10429 S. Ewing, Chicago, IL 60617.

B This order shall be effective despite any conversion of this matter to any other chapter of the United States Bankruptcy Code.

C. This order is enforceable upon entry by the Court, the 14 day stay described in Rule 4001(a)(3) is waived.

D. That the Trustee shall make no further payments on any claims filed by McCormick 103, LLC.

Enter: *Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 15, 2018

**Prepared by:**

Rocio Herrera (ARDC #6303516)
Noonan & Lieberman, Ltd.
105 W. Adams, Ste. 1800
Chicago, IL 60603
(312) 431-1455