CREDITOR RETURNS

EXHIBIT A:  Unclaimed Creditor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 13 B 13540 | Mincey, Alicia J | Zingo Cash Illinois LLC<br>% Freedman Anselmo Lindberg<br>1771 W Diehl Rd #120<br>PO Box 3228 | $1,631.50 | Check issued to creditor returned unable to identify |
| 02) | 13 B 24799 | Howard, Colin D | JP Morgan Chase Bank NA<br>% Five Lakes Agency Inc<br>PO Box 80730<br>Rochester, MI 48308 | $2,629.73 | Checks issued to crediotr not presented within 90 days |
| 03) | 13 B 40051 | Miller, Dina A | White Hills Cash<br>5781 W Sunrise Blvd<br>Plantation, FL 33313 | $50.06 | Check issued to creditor not presented within 90 days |
| 04) | 13 B 40621 | Brown, Willye L | Citibank<br>PO Box 688933<br>Des Moines, IA 50368-8933 | $36.54 | Check issued to creditor returned received in error |
| 05) | 13 B 44976 | Yepez, Juan G | Midland Funding<br>% IL Corporation SVC<br>801 Adlai Stevenson Dr<br>Springfield , IL 62703 | $21.60 | Check issued to creditor returned unable to accpet |
| 06) | 13 B 46566 | Baker, Mark A | RJM Acquisitions<br>PO Box 1160<br>Syosset, NY 11791-0489 | $8.86 | Check issued to creditor returned not deliverable as addressed |

| # | Case | Debtor | Creditor | Amount | Reason |
|---|---|---|---|---|---|
| 07) | 13 B 47505 | Ball, Jeffrey D | Fountain Crest Condo Assn<br>% EPI Realty & Management<br>14032 S Kostner #M<br>Crestwood, IL 60445 | $20.45 | Check issued to creditor not presented within 90 days |
| 08) | 14 B 00614 | Giraldo, Gustavo | JP Morgan Chase Bank<br>% Five Lakes Agency<br>PO Box 80730<br>Rochester, MI 48308 | $1,197.25 | Check issued to creditor  not presented within 90 days |
| 09) | 14 B 02242 | Stewart, Clarence C | CMK Invest Inc<br>% All Credit Lenders<br>PO Box 5598<br>Elgin, IL 60121-5598 | $273.94 | Check issued to creditor returned forward time exp |
| 10) | 14 B 11023 | Brandon, Franklin L | Total Account Recovery<br>11214 Renner Blvd #700<br>PO Box 14766<br>Lenexa, KS 66285 | $392.60 | Check issued to creditor returned not deliverable as addressed |
| 11) | 14 B 30645 | Dabney, Johnny | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303 | $55.71 | Check issued to creditor returned no claim transfer filed |
| 12) | 15 B 00423 | Collier, Latishia | Speedy Refund<br>1968 E 73rd St<br>Chicago, IL 60649 | $18.45 | Check issued to creditor returned unable to forward |
| 13) | 15 B 08707 | Murphy, Gregory | Midwest Collection Service<br>2026 N University St<br>Peoria, IL 61604 | $108.61 | Check issued to creditor returned not deliverable as addressed |

| | | | | | |
|---|---|---|---|---|---|
| 14) | 15 B 34090 | Losito, Michael F | Atlantic Credit & Finance<br>% Weltman Weinberg & Reis<br>PO Box 6597<br>Cleveland OH 44101 | $4.59 | Check issued to creditor not presented within 90 days |
| 15) | 15 B 38019 | Mazurek, Bettianne | Activity Collection SVC<br>PO Box 506<br>Richmond, IL 60071 | $30.99 | Check issued to creditor returned unable to identify |
| 16) | 16 B 19104 | Marshall, Annette | Uncle Warbucks<br>PO Box 2100<br>Khanawake QC J0L 1B 00000 | $101.94 | Check issued to creditor not presented within 90 days |
| 17) | 17 B 03069 | Wallace, Carmela M | Progressive Financial SVC<br>PO Box 22083<br>Tempe AZ 85285 | $133.00 | Check issued to creditor not presented within 90 days |

$6,715.82